UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REILS FINANCE SPV,

                 Plaintiff,

       - against -

ROBERT W. CLIPPINGER, not in his individual capacity but as Trustee of the ROBERT W. CLIPPINGER LIVING TRUST, and ROBERT W. CLIPPINGER, in his individual capacity,

                 Defendants.

**ORDER**

23 Civ. 6799 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      Upon the certification of Jon T. Powers dated October 13, 2023 (Dkt. No. 15), Defendants will show cause before the Hon. Paul G. Gardephe on **Tuesday, April 30, 2024 at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, why an order for default judgment should not be entered against Defendants for failing to serve and file an answer after having been served with the summons and Complaint herein.

      Plaintiff will serve on Defendants by overnight mail a copy of this order, together with the Plaintiff's supporting affidavit and exhibits on or before 5:00 P.M. on **April 19, 2024**.

      Defendants will serve and file any response by 5:00 P.M. on **April 26, 2024**.

      The Clerk of Court is directed to terminate the motion at Dkt. No. 15.

Dated: New York, New York
       April 16, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge