UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REILS FINANCE SPV,

        Plaintiff,

- against -

ROBERT W. CLIPPINGER, not in his individual capacity but as Trustee of the ROBERT W. CLIPPINGER LIVING TRUST, and ROBERT W. CLIPPINGER, in his individual capacity,

        Defendants.

**ORDER**

23 Civ. 6799 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    In this breach of contract action, Plaintiff submitted a letter on May 6, 2024 advising that it seeks to "dismiss the claim against Robert W. Clippinger in his individual capacity without prejudice." (Pltf. May 6, 2024 Ltr. (Dkt. No 23) at 1)

    Accordingly, this action is dismissed without prejudice as to Defendant Robert W. Clippinger in his individual capacity.

Dated: New York, New York
       May 17, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge